UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
CONSTANTINO RAMOS AND,                         Case No. 11-25361-AJC
KARLA DUARTE
    Debtors
_____/                Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this <u>22nd</u> day of June 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:<u>/s/Robert Sanchez</u>_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

| | |
|---|---|
| CitiMortgage, Inc.<br>c/o Sanjiv, Das, CEO<br>399 Park Avenue<br>New York, NY 10022 | CitiMortgage, Inc.<br>CT Corporation System, R.A.<br>1200 S. Pine Island Road<br>Plantation FL 33324 |
| Bank of America, N.A.<br>P.O. Box 26012<br>Greensboro, NC 27410 | Bank of America, N.A.<br>c/o Brian Moynihan, CEO<br>100 N. Tryon Street<br>Charlotte, NC 28255 |
| Bank of America Corporation<br>CT Corporation System, R.A.<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Bank of America Corporation<br>Brian T. Moynihan, CEO<br>401 N Tryon ST, NC1-021-02-20<br>Charlotte, NC 28255 |

Bank of America
Attn: Bankruptcy Department
7105 Corporate Drive
Mail Stop TX2-983-03-02
Plano, TX 75024-4100